UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| CHERYL BACHMAN, | ) | CASE NO. CV06-140-S-JLQ |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| FXC CORPORATION, | ) | |
| Defendant. | ) | |

    Having considered Plaintiff's Petition to Vacate Hearing (Docket No. 63), requesting that this Court vacate the hearing scheduled for Plaintiff's Petition for Order to Show Cause because Todd Gerzine has agreed to appear for the requested deposition, and good cause appearing therefor;

    IT IS NOW HEREBY ORDERED:

1. The hearing scheduled for Plaintiff's Petition for Order to Show Cause on January 4, 2007, at 10:00 a.m. at the United States District Court for the District of Idaho at 550 W. Fort Street, 5th Floor, Boise, Idaho, is VACATED.

2. Plaintiff's Petition for Order to Show Cause (Docket No. 63) is DENIED as MOOT, without prejudice to re-filing if Mr. Gerzine should fail to appear for the scheduled deposition.



DATED: **January 3, 2007**.

_Larry M. Boyle_
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

ORDER - 1